```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

|  |  |
|---|---|
| PURDUE PHARMA L.P., | CIVIL ACTION NO. 10-687 (MLC) |
| Plaintiff, | **ORDER & JUDGMENT** |
| v. |  |
| KING PHARMACEUTICALS, INC., et al., |  |
| Defendants. |  |

**THE DEFENDANTS** moving, <u>inter alia</u>, to dismiss the Complaint (dkt. entry no. 5); and the plaintiff now submitting a "Notice Of Voluntary Dismissal" as to the Complaint pursuant to Federal Rule of Civil Procedure ("Rule") 41(a)(1)(A)(i) (dkt. entry no. 9); and thus for good cause appearing;

**IT IS THEREFORE** on this   6th   day of April, 2010, **ORDERED** that the motion, <u>inter alia</u>, to dismiss the Complaint (dkt. entry no. 5) is **DENIED WITHOUT PREJUDICE AS MOOT**; and

**IT IS FURTHER ADJUDGED** that the Complaint is **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i); and

**IT IS FURTHER ORDERED** that the Clerk of the Court designate the action as **CLOSED.**

                                    s/ Mary L. Cooper
                                **MARY L. COOPER**
                                United States District Judge